Date: 12/28/09

Page: 1654

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-30600 - JANSSEN-DUDLEY, CYNTHIA

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba SAM"S CLUB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>   1662 | 000004 | 496.58 | 4.23 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>   7363 | 000006 | 399.58 | 3.40 |
| Dell Financial Services, LLC<br>c/o Resurgent Capital Services?<br>P.O. Box 10390<br>Greenville, SC 29603-0390<br>   9307 | 000007A | 345.45 | 2.94 |
| **Remittance Total** | | **1,241.61** | **10.57** |

CHARLES W. RIES, Trustee

RECEIVED 09 DEC 30 AM 10:07 U.S. BANKRUPTCY COURT ST. PAUL MN

COURT!

Printed: 12/28/09 09:37 AM    Ver: 15.05a